UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Aaron D. Fischman | Case No.: 23-35368 (CGM) |
| Debtor. | |

## ORDER TO SHOW CAUSE

On May 8, 2023, Ahron Berlin (the "Petitioning Creditor") filed a Chapter 11 involuntary petition (the "Involuntary Petition") in this Court seeking an order for relief to be entered against Aaron D. Fischman (the "Alleged Debtor") under title 11 of the United State Code. On May 9, 2023, a Summons was issued to the Alleged Debtor, directing the submission of a motion or answer to the Involuntary Petition within 21 days after service of the Summons. The docket reflects that the Summons was never served upon the Alleged Debtor. Based upon the foregoing, it is hereby

ORDERED, that the Petitioning Creditor and any other interested parties appear before the Honorable Cecelia G. Morris, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, 355 Main Street, Poughkeepsie, New York, on June 27, 2023 at 9:00 A.M. (the "Hearing"), or as soon thereafter as counsel may be heard, to show cause why an order should not be entered dismissing the Involuntary Petition; and it is further

ORDERED, that failure to appear at the Hearing may result in the dismissal of the Involuntary Petition without further notice.

**Dated: June 5, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**