# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–4 | User: admin | Date Created: 6/5/2023 |
| Case: 23–35368–cgm | Form ID: pdf001 | Total: 9 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Shalom S. Maidenbaum

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee        USTPRegion02.PK.ECF@USDOJ.GOV
aty         Eric W. Berry        berrylawpllc@gmail.com
aty         Linda M. Tirelli        LTirelli@TirelliLawGroup.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Aaron D. Fischman        710 Loch Hurleyville Rd        Loch Sheldrake, NY 12759
ptcrd       Ahron Berlin        1909 New York Ave        Brooklyn, NY 11210
8019230     Ahron Berlin        1909 New York Ave        Brooklyn, NY 11210
8019231     Ahron Berlin        Liska Way, #101        Monroe, NY 10950
8019239     Shalom S. Maidenbaum        132 Spruce Street        Cedarhurst, New York 11516

TOTAL: 5