**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**355 Main Street**
**Poughkeepsie, NY 12601**

---

| | |
|---|---|
| IN RE: Aaron D. Fischman | CASE NO.: 23–35368–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–3873 | CHAPTER: 11 |

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 11 case.

Aaron D. Fischman was dismissed from the case on July 11, 2023 .


Dated: July 11, 2023                                          Vito Genna
                                                              Clerk of the Court