**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**355 Main Street**
**Poughkeepsie, NY 12601**

---

IN RE: Aaron D. Fischman                              CASE NO.: 23−35368−cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER: 11
xxx−xx−3873

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 11 case.

Aaron D. Fischman was dismissed from the case on July 11, 2023 .

Dated: July 11, 2023                        Vito Genna
                                            Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 23-35368-cgm |
| Aaron D. Fischman | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 11, 2023 | Form ID: 131 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aaron D. Fischman, 710 Loch Hurleyville Rd, Loch Sheldrake, NY 12759-5113 |
| 8019231 | | Ahron Berlin, Liska Way, #101, Monroe, NY 10950 |
| 8019230 | + | Ahron Berlin, 1909 New York Ave, Brooklyn, NY 11210-4136 |
| 8019239 | + | Shalom S. Maidenbaum, 132 Spruce Street, Cedarhurst, New York 11516-1915 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: IRS.COM | Jul 11 2023 23:15:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jul 11 2023 19:13:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 11 2023 19:14:00 | New York State Dept. Of Taxation, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: secbankruptcy@sec.gov | Jul 11 2023 19:14:00 | Securities and Exchange Commission (DC), Washington, DC 20549-0001 |
| smg | + | Email/Text: nyrobankruptcy@sec.gov | Jul 11 2023 19:14:00 | Securities and Exchange Commission (NY), Attn: Allistaire Bambach, 233 Broadway, New York, NY 10279-0001 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Jul 11 2023 19:13:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 8027702 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 11 2023 19:14:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 8029910 | ^ | MEBN | Jul 11 2023 19:10:06 | Wilmington Savings Fund Society, FSB et al, c/o Rushmore Loan Management Services, L, Friedman Vartolo LLP, 1325 Franklin Avenue, Ste 160, Garden City, NY 11530-1631 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | *+ | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0208-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 11, 2023 | Form ID: 131 | Total Noticed: 12 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric W. Berry | on behalf of Creditor Shalom S. Maidenbaum berrylawpllc@gmail.com |
| Kathy McCullough McCullough Day | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for Wilmington Savings Fund Society, FSB, Not Individually But Solely As Trustee For RPMLT 2014-1 Trust, Series 2014-1 kmcculloughday@ecf.courtdrive.com, ksitcer@schillerknapp.com |
| Linda M. Tirelli | on behalf of Debtor Aaron D. Fischman LTirelli@TirelliLawGroup.com admin1@tirellilawgroup.com;admin2@TirelliLawGroup.com;admin1@TirelliLawGroup.com |
| Martin A. Mooney | on behalf of Creditor New York State Department of Taxation and Finance. Martin.Mooney@ag.ny.gov lgadomski@schillerknapp.com;lmilas@schillerknapp.com;TJohnson@schillerknapp.com |
| United States Trustee | USTPRegion02.PK.ECF@USDOJ.GOV |

TOTAL: 5